IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY W. GARDNER                                                           PLAINTIFF
ADC # 095674

v.                            No. 3:24-cv-1-DPM

STROUD, Corporal, Disciplinary Officer,
North Central Unit, ADC; DEBORAH
GOODWIN, Disciplinary Hearing
Officer, ADC Central Office; LINDA
SANNER, Executive to Director Payne,
ADC Central Office; MICHELLE GRAY,
Warden, North Central Unit, ADC; JAKE
POOL, Sergeant, Prison Security, North
Central Unit, ADC; LINCOLN FOWLER,
Sergeant, Prison Security, North Central
Unit, ADC; HOSKINS, Corporal, Prison
Security, North Central Unit, ADC; and
MENDEZ, Coach/In charge of tablet
issuance, North Central Unit, ADC                                         DEFENDANTS

## JUDGMENT

Gardner's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 January 2024