IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY W. GARDNER                                                           PLAINTIFF
ADC # 095674

v.                              No. 3:24-cv-1-DPM

STROUD, Corporal, Disciplinary Officer,
North Central Unit, ADC;  DEBORAH
GOODWIN, Disciplinary Hearing
Officer, ADC Central Office;  LINDA
SANNER, Executive to Director Payne,
ADC Central Office;  MICHELLE GRAY,
Warden, North Central Unit, ADC;  JAKE
POOL, Sergeant, Prison Security, North
Central Unit, ADC;  LINCOLN FOWLER,
Sergeant, Prison Security, North Central
Unit, ADC;  HOSKINS, Corporal, Prison
Security, North Central Unit, ADC;  and
MENDEZ, Coach/In charge of tablet
issuance, North Central Unit, ADC                                        DEFENDANTS

ORDER

Motion for copies, *Doc. 9*, granted.  The Clerk is directed to send a copy of Gardner's motion to dismiss, *Doc. 5*, to his address of record.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 February 2024