## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GARY W. GARDNER**                                                    **PLAINTIFF**
**ADC # 095674**

**v.**                              **No. 3:24-cv-1-DPM**

**STROUD, Corporal, Disciplinary Officer,**
**North Central Unit, ADC;  DEBORAH**
**GOODWIN, Disciplinary Hearing**
**Officer, ADC Central Office;  LINDA**
**SANNER, Executive to Director Payne,**
**ADC Central Office;  MICHELLE GRAY,**
**Warden, North Central Unit, ADC;  JAKE**
**POOL, Sergeant, Prison Security, North**
**Central Unit, ADC;  LINCOLN FOWLER,**
**Sergeant, Prison Security, North Central**
**Unit, ADC;  HOSKINS, Corporal, Prison**
**Security, North Central Unit, ADC;  and**
**MENDEZ, Coach/In charge of tablet**
**issuance, North Central Unit, ADC**                    **DEFENDANTS**

### ORDER

Motion, *Doc. 11*, denied.  Magistrate Judge Volpe granted Gardner's *in forma pauperis* application in January 2024.  In that order, the Magistrate Judge advised Gardner that, "if the prisoner's case is subsequently dismissed for any reason, . . . the full fee will be collected, and no portion will be refunded to the prisoner."  *Doc. 3 at 2-3.* The $350 statutory fee is mandatory.  28 U.S.C. § 1915(b)(2).  The Court

cannot rescind it.  Gardner must continue making payments until the fee is paid in full.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

22 March 2024